UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RAHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17CV2848 HEA |
| ) | |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Commissioner's Motion to Reverse and Remand. Plaintiff does not oppose the motion. For the reasons set forth in the motion, the Court agrees that the decision of the Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings

A separate judgment in accordance with this Opinion, Memorandum

and Order is entered this same date.

Dated this 1st day of October, 2018

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE